**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**MAY 27 2003**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

      Plaintiff - Appellant,

v.

ROBERT WAYNE COOK,

      Defendant - Appellee.

No. 02-7086
(D.C. No. 02-CR-15-S)
(E.D. Oklahoma)

---

**ORDER AND JUDGMENT** *

---

Before **TACHA** , Chief Judge, **PORFILIO** and **BALDOCK** , Circuit Judges.

---

After examining the briefs and appellate record, this panel has determined

unanimously to grant the parties' request for a decision on the briefs without oral

argument. *See* Fed. R. App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore

ordered submitted without oral argument.

The United States appealed from the district court's dismissal of the

indictment against Robert Wayne Cook for lack of jurisdiction. Subsequently,

---

\*     This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel. The court
generally disfavors the citation of orders and judgments; nevertheless, an order
and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

the United States filed a motion to dismiss this appeal.  We GRANT the motion

to dismiss and DISMISS the appeal.

<div style="margin-left: 50%">

Entered for the Court


Deanell Reece Tacha
Chief Judge

</div>